**Electronically Filed
Supreme Court
SCWC-24-0000674
04-MAY-2026
10:49 AM
Dkt. 7 ODAC**

SCWC-24-0000674

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

RUSTY MAKUE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000674; CASE NO. 1FFC-23-0000136)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Rusty Makue's application
for writ of certiorari filed on March 23, 2026, is rejected.

DATED: Honolulu, Hawaiʻi, May 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Jeannette H. Castagnetti